

**U. S. SMALL BUSINESS ADMINISTRATION**
RECEIVER FOR MARATHON INVESTMENT PARKERS, L.P.
409 THIRD STREET, S.W., 6TH FLOOR
WASHINGTON, D.C. 20416

WRITER'S DIRECT TELEPHONE: (202) 205-7514         FAX NUMBER: (202) 205-6957

U. S. DISTRICT COURT - DE
MISC. CASE # 05-109

June 3, 2005

Mr. Peter T. Dalleo, Clerk of the Court         VIA UPS 2ND DAY DELIVERY
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

Re:   United States of America v. Marathon Investment Partners, L.P.
      Civil Action No. 05-10255-MEL; Judge Morris E. Lasker

Dear Mr. Peter T. Dalleo:

This is to advise you that, in accordance with 15 U.S.C. § 687c, the U.S. District Court for the District of Massachusetts, has taken exclusive jurisdiction of Marathon Investment Partners, L.P., ("Marathon"), and the assets thereof, and has appointed the U.S. Small Business Administration ("SBA"), an agency of the federal government, as the Receiver.

A portion of the property of Marathon may be located in your jurisdiction. We therefore are enclosing for filing copies of the Complaint and Order establishing the Receivership, as required by 28 U.S.C. § 754. Please open as a miscellaneous case filing.

The United States District Court, in an order appointing SBA Receiver for Marathon, stayed all legal proceedings involving Marathon and prohibited the filing of any actions against the Receiver unless permission of the Court is first obtained.

The Receiver is in the process of ascertaining what and where legal proceedings pertaining to Marathon are pending. Should the Receiver learn of relevant legal proceedings within the jurisdiction of your Court, the Receiver will promptly notify you thereof.

We also have enclosed extra copies of the Order and Complaint, which we request that you stamp filed and return in the enclosed self-addressed stamped envelope.

Sincerely,

By: _____
Michele L. Pittman
Chief, Corporate Liquidation and Receivership Operations
Office of Liquidation